THIS OPINION HAS NO PRECEDENTIAL
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
 EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 James W.
 Peterson, Jr., as Receiver for Pee Dee Land Company, LLC and on behalf of its
 wholy-owned subsidiary Waverly Woods at Claussen, LLC, Respondents,
 v.
 Florence
 County, Respondent,
 and Dean C.
 Fowler, Jr., in his official capacity as Florence County Treasurer, and H.
 Wayne Joye, in his official capacity as Florence County Auditor, Appellants.
 
 
 

AFFIRMED

Appeal From Florence County
 Michael G. Nettles, Circuit Court Judge

Memorandum Opinion No. 2011-MO-038
 Submitted December 14, 2011  Filed
December 19, 2011   

 
 
 
 Kevin
 A. Hall and M. Todd Carroll, of Hall & Bowers, of Columbia, for Appellants.
 Charles
 E. Carpenter, Jr. and Carmen V. Ganjehsani, of Carpenter Appeals and Trial
 Support, of Columbia, for Respondent Pee Dee Land Company, LLC.
 Michael
 Charles Abbott, of Abbott & McKissick Law Firm, of Florence, for Respondent
 Florence County.
 
 
 

PER CURIAM:  Affirmed pursuant to Rule 220(b)(1),
 SCACR, and the following authorities:  Issue I: Ward v. State, 343 S.C. 14, 538 S.E.2d 245 (2000); Issues II and
 III: Condon v. State, 354 S.C. 634, 583
 S.E.2d 430 (2003); Issue IV: Rule
 24(a)(2), SCRCP; Ex parte Government Employee's Ins. Co., 373 S.C. 132,
 644 S.E.2d 699 (2007); Ex parte Reichlyn, 310 S.C. 495, 427 S.E.2d 661
 (1993); Davis v. Jennings, 304 S.C. 502, 405 S.E.2d 601 (1991); Berkeley Elec. Co-op., Inc. v. Town of Mt. Pleasant, 302 S.C. 186, 394 S.E.2d 712 (1990); S.C. Tax Comm'n v. Union
 County Treasurer, 295 S.C. 257, 368 S.E.2d 72 (Ct. App. 1988).
AFFIRMED.
TOAL, C.J., PLEICONES,
 BEATTY, KITTREDGE and HEARN, JJ., concur.